UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LINDA VAN ZUTPHEN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 18-cv-00057-SI<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jane Linda Van Zutphen, who is represented by counsel, filed this Social Security appeal on January 4, 2018. Docket No. 1. Defendant filed an answer on October 5, 2018, making plaintiff's motion for summary judgment or for remand due twenty-eight days later. *See* Docket Nos. 4, 14. On October 31, 2018, plaintiff filed a stipulation, which the Court granted, requesting to extend her filing deadline "until January 2, 2019 . . . to allow the Parties time to reach an agreement on completeness of the administrative record." Docket Nos. 16, 17. On January 2, 2019, plaintiff filed a motion requesting the Court extend her filing deadline to February 13, 2019, and stating that defendant had not responded to multiple requests to stipulate to an extension. Docket No. 18. On January 3, 2019, plaintiff filed a stipulation requesting an extension of the filing deadline to Saturday, February 16, 2019. *See* Docket No. 19 at 1. The Court granted plaintiff an extension and set the deadline for plaintiff's motion as February 13, 2019. Docket No. 20. Plaintiff has not filed her motion and has not contacted the Court to explain the reason for the delay.

**Plaintiff is DIRECTED TO SHOW CAUSE on or before February 27, 2019, why this case should not be dismissed for failure to prosecute. Plaintiff may do so by filing a statement in writing explaining the reason for her failure to meet the Court's deadline and by filing a motion for summary judgment or remand no later than February 27, 2019. If plaintiff does**

**not file a motion by this date, or otherwise receive permission of the Court, the Court will, without further notice, dismiss this appeal without prejudice for failure to prosecute.**

**IT IS SO ORDERED**.

Dated: February 20, 2019

_____
SUSAN ILLSTON
United States District Judge