UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE LINDA VAN ZUTPHEN, | Case No. 18-cv-00057-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW SAUL, | |
| Defendant. | |

This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: August 19, 2019

SUSAN ILLSTON
United States District Judge